ALAN R. VARLEY *v.* NINA B. VARLEY

The defendant's "Motion for Permission to Make Pro Se Arguments," dated September 2, 1975, in the appeal from the Superior Court in Hartford County is denied.

*Joseph B. Lukas,* in support of the motion.

Submitted September 3—decided September 24, 1975

ARLENE WAGNER *v.* PERSONNEL APPEAL BOARD ET AL.

The motion by Edward T. Lynch, Sr., for leave to appear and argue as amicus curiae in the appeal from the Court of Common Pleas in Hartford County is denied.

*C. Michael Budlong,* in support of the motion.

Submitted September 4—decided September 24, 1975

BARBARA SPICER *v.* WILLIAM SPICER III

The plaintiff's motion for a review by this court of the trial court's order dated August 7, 1975, terminating the stay of execution pending appeal from the Superior Court in New London County is granted and the relief sought therein is denied.

*Griswold Morgan,* in support of the motion.

Submitted September 4—decided September 24, 1975